CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants
Smith Racing Enterprise, LLC,
David Smith and Nancy Smith

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ and CONNIE ARNOLD, individuals,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SMITH RACING ENTERPRISE, LLC, a California Limited Liability Company, dba SACRAMENTO RACING ENTERPRISE, LLC; DAVID SMITH and NANCY SMITH, individuals,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01538-JAM-KJN<br><br>**STIPULATION RE EXTENSION OF TIME UNTIL SEPTEMBER 18, 2015 FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to local Rule 6-144(a), Plaintiffs MARK BASQUEZ and CONNIE ARNOLD and Defendants SMITH RACING ENTERPRISE, LLC, a California Limited Liability Company, dba SACRAMENTO RACING ENTERPRISE, LLC; DAVID SMITH and NANCY SMITH, individuals, by and through their respective attorneys,  stipulate as follows:

　　1.　　No extension of time has been previously obtained.

　　2.　　Defendants are granted an extension of time up to and including September 18, 2015 to respond to Plaintiffs' complaint.

3. The grounds for this request for an extension is that counsel has recently been retained by Defendants and needs time to review the matter in order to properly file an Answer.

IT IS SO STIPULATED effective as of September 2, 2015.

Respectfully submitted,

Dated: September 2, 2015

/s/ Sara Pezeshkpour
Sara Pezeshkpour, Attorney for Mark Basquez and Connie Arnold, Plaintiffs

Dated: September 2, 2015        VAUGHAN & ASSOCIATES

/s/ Cris C. Vaughan
Cris C. Vaughan, Attorney for Smith Racing Enterprise, LLC, dba Sacramento Racing Enterprise, LLC, David Smith and Nancy Smith

ORDER

Good cause appearing, as stipulated to by the parties, the request to extend the time for the response of Defendants, Smith Racing Enterprise, LLC, dba Sacramento Racing Enterprise, LLC, David Smith and Nancy Smith up to and including September 18, 2015, is granted.

IT IS SO ORDERED.

Dated: September 8, 2015        /s/ John A. Mendez
United States District Court Judge