1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

14  MARK BASQUEZ, *et al.*;                    ) **Case No.: 2:15−CV−01538−JAM−KJN**
                                               )
15                     Plaintiffs,             ) The Hon. John A. Mendez
                                               )
16                                             ) ORDER RE: JOINT STIPULATION AND
17  vs.                                        ) REQUEST TO CONTINUE THE TRIAL
                                               ) DATE AND PRE-TRIAL DEADLINES BY
18  SMITH RACING ENTERPRISE,                   ) 180 DAYS
    L.L.C., *et al.*,                          )
19                                             ) *[Joint Stipulation and Request to Continue the*
20                     Defendants.             ) *Trial Date and Pre-Trial Deadlines by 180*
                                               ) *Days filed concurrently herewith]*
21                                             )
                                               )
22                                             )
                                               )
23  _____        )
24
25
26
27

28  [PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE THE TRIAL DATE AND
    PRE-TRIAL DEADLINES
    Case No.: 2:15−CV−01538−JAM−KJN                                                         1

1
2
3
4    Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the dates in the scheduling order [20] of November 19, 2015 be continued by approximately 180 days as follows:

5
6
7
8
9
10
11
12

- Expert witness disclosure:            10/21/2016;
- Supplemental expert disclosure:       11/4/2016;
- Discovery cutoff:                     12/30/2016;
- Dispositive motion filing:            2/7/2017;
- Dispositive motion hearing:           3/7/2017 at 1:30 p.m.
- Joint pretrial statement due:         4/12/2017;
- Pretrial conference:                  4/19/2017 at 4:00 p.m.
- Jury trial:                           5/22/2017 at 9:00 a.m.

13
14   IT IS SO ORDERED.
15
16   Dated: 3/30/2016                    /s/ John A. Mendez
17                                       HON. JOHN A. MENDEZ
                                         U.S. District Court Judge
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE THE TRIAL DATE AND PRE-TRIAL DEADLINES
Case No.: 2:15−CV−01538−JAM−KJN                                                        2