**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SMITH RACING ENTERPRISE, LLC,
DAVID SMITH, and NANCY SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ and CONNIE ARNOLD, <br><br> Plaintiffs, <br><br> v. <br><br> SMITH RACING ENTERPRISE, LLC, DAVID SMITH, and NANCY SMITH, <br><br> Defendants. <br> _____/ | **CASE NO. 2:15-cv-01538-JAM-KJN** <br><br> **ORDER GRANTING PORTER SCOTT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** <br><br> Date:      September 6, 2016 <br> Time:     1:30 p.m. <br> Judge:   Hon. John A. Mendez <br> Court:    501 I Street <br>             Courtroom 6, 14th Floor <br>             Sacramento, CA 95814 <br><br> Trial Date:   May 22, 2017 |

Movant Colleen R. Howard and the law firm Porter Scott, A Professional Corporation, filed a Motion to Withdraw as Counsel for Defendants Smith Racing Enterprise, LLC, David Smith, and Nancy Smith. The hearing on the Motion was held on September 6, 2016. Colleen R. Howard appeared on behalf of Moving Party Porter Scott. Defendants David Smith and Nancy Smith appeared on behalf of themselves and Smith Racing Enterprise, LLC. Plaintiffs filed a statement of non-opposition to the Motion, and did not appear at the hearing.

{01596860.DOCX}                                         1

**[PROPOSED] ORDER GRANTING PORTER SCOTT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

After considering the papers and arguments offered by all parties, Porter Scott's Motion is hereby GRANTED.

Effective immediately, Colleen R. Howard and Porter Scott are relieved of their representation of Defendants David Smith, Nancy Smith, and Smith Racing Enterprise, LLC in this matter. Defendant Smith Racing Enterprise, LLC has thirty (30) days to retain new counsel and file a notice of appearance. All discovery shall be stayed during this thirty day period.

IT IS SO ORDERED.

Dated: September 7, 2016                    /s/ JOHN A. MENDEZ_____
                                            HONORABLE JUDGE JOHN A. MENDEZ

{01596860.DOCX}                         2

**[PROPOSED] ORDER GRANTING PORTER SCOTT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**