UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ, *et al.*;<br><br>  Plaintiffs,<br><br>vs.<br><br>SMITH RACING ENTERPRISE, L.L.C., *et al.*,<br><br>  Defendants. | **Case No.: 2:15−CV−01538−JAM−KJN**<br><br>The Hon. John A. Mendez<br><br>ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DATES BY NINETY (90) DAYS<br><br>*[Joint Stipulation and Request to Continue Discovery-Related Dates Only by Ninety (90) Days and Declaration of Sara Pezeshkpour filed concurrently herewith]* |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS

---

[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY-RELATED DATES ONLY BY NINETY (90) DAYS
Case No.: 2:15−CV−01538−JAM−KJN                                                                                                                  1

HEREBY ORDERED that the trial and related dates shall be continued by ninety (90) days.

Specifically, the affirmative expert witness disclosure date shall be continued from October 21, 2016 to **January 20, 2017.**

The rebuttal and supplemental expert witness disclosure date shall be continued from November 4, 2016 to **February 3, 2017.**

The fact and expert discovery cut-off shall be continued from December 30, 2016 to **March 31, 2017.**

The dispositive motion filing deadline shall be continued from February 7, 2017 to **May 8, 2017.**

The dispositive motion hearing deadline shall be continued from March 7, 2017 at 1:30 p.m. to **June 6, 2017 at 1:30 p.m.**

The Joint pretrial statement shall be continued from April 12, 2017 to **July 11, 2017.**

The Final Pretrial Conference shall be continued from April 19, 2017 at 4:00 p.m. to **July 19, 2017 at 4:00 p.m.**

The trial date shall be continued from May 22, 2017 at 9:00 a.m. **to August 21, 2017 at 9:00 a.m.**

IT IS SO ORDERED.


Dated:  10/18/2016                    /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      U.S. District Court Judge