1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ, *et al.*;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SMITH RACING ENTERPRISE, L.L.C., *et al.*,<br><br>　　　　　Defendants. | **Case No.: 2:15−CV−01538−JAM−KJN**<br><br>The Hon. John A. Mendez<br><br>ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DATES BY NINETY (90) DAYS **(AS MODIFIED BY THE COURT)**<br>*[Joint Stipulation and Request to Continue Trial and Related Dates by Ninety (90) Days and Declaration of Sara Pezeshkpour filed concurrently herewith]* |

　　　Pursuant to the stipulation of the parties, and for good cause shown, IT IS

---

[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY-RELATED DATES ONLY BY NINETY (90) DAYS
Case No.: 2:15−CV−01538−JAM−KJN                                                                                    1

HEREBY ORDERED that the trial and related dates shall be continued by ninety (90) days.

Specifically, the affirmative expert witness disclosure date shall be continued from January 20, 2017 to **April 21, 2017.**

The rebuttal and supplemental expert witness disclosure date shall be continued from February 3, 2017 to **May 5, 2017.**

The fact and expert discovery cut-off shall be continued from March 31, 2017 to **June 30, 2017.**

The dispositive motion filing deadline shall be continued from May 8, 2017 to **August 22, 2017.**

The dispositive motion hearing deadline shall be continued from June 6, 2017 at 1:30 p.m. to **September 19, 2017 at 1:30 p.m.**

The Joint pretrial statement shall be continued from July 11, 2017 to **October 20, 2017.**

The Final Pretrial Conference shall be continued from July 21, 2017 at 4:00 p.m. to **October 27, 2017 at 10:00 a.m.**

The trial date shall be continued from August 21, 2017 at 9:00 a.m. to December 4**, 2017 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: 1/3/2017                                     /s/ HON. JOHN A. MENDEZ
                                                             U.S. District Court Judge