UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ, *et al.*;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMITH RACING ENTERPRISE,<br>L.L.C., *et al.*,<br><br>    Defendants. | ) **Case No.: 2:15−CV−01538−JAM−KJN**<br>)<br>) The Hon. John A. Mendez<br>)<br>) ORDER RE: JOINT STIPULATION AND<br>) REQUEST TO CONTINUE <u>ONLY</u> EXPERT<br>) DISCOVERY-RELATED DEADLINES BY<br>) NINETY (90) DAYS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that <u>only</u> the following deadlines shall be modified:

The affirmative expert witness disclosure date shall be continued from April 21, 2017 to July 20, 2017.

The rebuttal and supplemental expert witness disclosure date shall be continued from May 5, 2017 to August 3, 2017.

The fact and expert discovery cut-off shall be continued from June 30, 2017 to September 28, 2017.

No other deadlines shall be modified at this time.

IT IS SO ORDERED.

Dated: April 6, 2017                    /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         U.S. District Court Judge