# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ, *et al.*; | Case No.: 2:15−CV−01538−JAM−KJN |
| Plaintiffs, | The Hon. John A. Mendez |
| vs. | ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED DATES BY NINETY (90) DAYS |
| SMITH RACING ENTERPRISE, L.L.C., *et al.*, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the trial and pre-trial dates shall be continued by approximately ninety (90) days, as follows:

The trial date shall be continued from December 4, 2017 to 6/11/2018 at 9:00 a.m.

The Final Pretrial Conference shall be continued from October 27, 2017 to 5/4/2018 at 10:00 a.m.

The Joint pretrial statement deadline shall be continued from October 20, 2017 to 4/27/2018.

The dispositive motion hearing deadline shall be continued from September 19, 2017 to 3/13/2018 at 1:30 p.m.

The dispositive motion filing deadline shall be continued from August 22, 2017 to 2/13/2018.

The fact and expert discovery cut-off shall be continued from September 28, 2017 to 12/29/2017.

The rebuttal and supplemental expert witness disclosure date shall be continued from August 3, 2017 to 11/3/2017.

The affirmative expert witness disclosure date shall be continued from July 20, 2017 to 10/20/2017.

IT IS SO ORDERED.

Dated: 7/5/2017                              /s/ John A. Mendez
                                             U. S. District Court Judge