**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BASQUEZ, *et al.*; | Case No.: 2:15−CV−01538−JAM−KJN |
| Plaintiffs, | The Hon. John A. Mendez |
| vs. | **ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE THE TRIAL AND RELATED DATES BY NINETY (90) DAYS** |
| SMITH RACING ENTERPRISE, L.L.C., *et al.*, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the trial and pre-trial dates shall be continued by approximately ninety (90) days, as follows:

---

ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE THE TRIAL AND RELATED DATES BY NINETY (90) DAYS
Case No.: 2:15−CV−01538−JAM−KJN

1

The trial date shall be continued from June 11, 2018 to 9/10/2018 at 9:00 a.m.

The Final Pretrial Conference shall be continued from May 4, 2018 to 7/27/2018 at 10:00 a.m.

The Joint pretrial statement deadline shall be continued from April 27, 2018 to 7/20/2018.

The dispositive motion hearing deadline shall be continued from March 13, 2018 to 6/5/2018 at 1:30 p.m.

The dispositive motion filing deadline shall be continued from February 13, 2018 to 5/8/2018.

The fact and expert discovery cut-off shall be continued from December 29, 2017 to 3/30/2018.

The rebuttal and supplemental expert witness disclosure date shall be continued from November 3, 2017 to 2/2/2018.

The affirmative expert witness disclosure date shall be continued from October 20, 2017 to 1/19/2018.

IT IS SO ORDERED.

/s/ John A. Mendez

Dated: 9/19/2017  U.S. District Court Judge

---

ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE THE TRIAL AND RELATED DATES BY NINETY (90) DAYS
Case No.: 2:15−CV−01538−JAM−KJN