# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ, *et al.*;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH RACING ENTERPRISE, L.L.C., *et al.*,<br><br>Defendants. | Case No.: 2:15−CV−01538−JAM−KJN<br><br>The Hon. John A. Mendez<br><br>**ORDER RE: JOINT STIPULATION OF THE PARTIES AND REQUEST FOR ORDER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

---

[PROPOSED] ORDER RE: JOINT STIPULATION OF THE PARTIES AND REQUEST FOR ORDER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM
Case No.: 2:15−CV−01538−JAM−KJN                                               1

Pursuant to Eastern District of California Local Rule 271, this court hereby orders the parties to participate in the court's voluntary dispute resolution program ("VDRP") by mediating this matter with the parties' mutually-selected neutral Kathleen E. Finnerty in December 2017 or as soon thereafter as reasonably practical. The parties are to comply with all applicable provisions of Local Rule 271 before, during, and upon completion of the mediation.

IT IS SO ORDERED.

Dated: 12/5/2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

[PROPOSED] ORDER RE: JOINT STIPULATION OF THE PARTIES AND REQUEST FOR ORDER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM
Case No.: 2:15−CV−01538−JAM−KJN        2