# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BASQUEZ, *et al.*;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH RACING ENTERPRISE, L.L.C., *et al.*,<br><br>Defendants. | Case No.: 2:15−CV−01538−JAM−KJN<br><br>The Hon. John A. Mendez<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS HEREBY ORDERED:

The above-captioned matter is dismissed with prejudice.

The Court shall retain jurisdiction of the action to enforce the terms of the Parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: 2/23/2018

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE